# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LECINDA ZIMMERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:18-cv-00521-C |
| | ) |
| GENERAL MOTORS LLC and | ) |
| UTILITY TRAILER | ) |
| MANUFACTURING COMPANY, | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION FOR AGREED ORDER TO RELEASE
## MEDICAL EXAMINER'S FILE ON KAYLYN GATLIN, DECEASED

Plaintiff Lecinda Zimmerman and Defendants General Motors LLC and Utility Trailer Manufacturing Company, pursuant to Okla. Stat. tit. 63, §§ 939 and 949, jointly move this Court to enter an Agreed Order authorizing and directing the Office of the Chief Medical Examiner for the State of Oklahoma to release and deliver to both Plaintiff's counsel and Defendants' counsel, and to permit inspection and copying of, all documents in the Medical Examiner's Case File – including, but not limited to, an allocation of the tissue and blood samples, recuts of the microscopic slides, photographs, and videos, if applicable, concerning Kaylyn Gatlin, deceased, collected following her death on or about September 1, 2017, in Blaine County, State of Oklahoma.

The parties represent to the Court that the Medical Examiner's report has been completed and that the documents in the Medical Examiner's Case File are necessary for this case; and without the requested Order, remaining documents and specimens may

otherwise be discarded pursuant to the standard policies and procedures of the Office of the Chief Medical Examiner for the State of Oklahoma.

Counsel for the Chief Medical Examiner, Assistant Attorney General John M. Crittenden, has approved this motion; his signature is attached. No one has any objection to the release of these documents, samples, specimens, etc., provided there is a Court Order directing such release as required by Okla. Stat. tit. 63, §§ 939 and 949.

WHEREFORE, the parties request that this Court enter an Agreed Order directing the Office of the Chief Medical Examiner to produce and permit inspection and copying of all documents in the Medical Examiner's Case File – including, but not limited to, the sampling of the tissue samples, slides, blood samples, photographs, and videos, if applicable – concerning the death of Kaylyn Gatlin. On or before fourteen (14) business days after entry of the Agreed Order, such materials should be released to the following:

(1) John Branum
Jay M. Mitchel
BRANUM LAW FIRM, PLLC
9600 South May Avenue
Oklahoma City, OK  73159

(2) E. Todd Tracy
Andrew G. Counts
THE TRACY FIRM
4701 Bengal Street
Dallas, TX  75235

(2) Pryce G. Tucker
HARTLINE DACUS BARGER DREYER LLP
8750 North Central Expressway, Suite 1600
Dallas, TX  75231

(3) J. Derrick Teague
Linda G. Kaufmann
Laura L. Eakens
JENNINGS TEAGUE, P.C.
204 N. Robinson Avenue, Suite 1000
Oklahoma City, OK 73102

(4) Jeffrey M. Croasdell
RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
P.O. Box 1888
Albuquerque, NM 87103

Respectfully submitted:

*/s/ Andrew G. Counts*
John Branum, OBA #20165
Jay M. Mitchel, OBA #20784
BRANUM LAW FIRM, PLLC
211 North Robinson Avenue, Suite 210
Oklahoma City, OK 73102
(800) 318-9950 Telephone
(800) 418-8210 Facsimile
john@branumlawfirm.com
jay@branumlawfirm.com
-and-
E. Todd Tracy (Attorney-in-Charge)
State Bar No. 20178650
Andrew G. Counts
State Bar No. 24036408
Wendell P. "Chip" Martens, Jr.
State Bar No. 24002528
THE TRACY FIRM
4701 Bengal Street
Dallas, TX 75235
(214) 324-9000 – Phone
(972) 387-2205 – Fax
EToddTracy@vehiclesafetyfirm.com
ACounts@vehiclesafetyfirm.com
CMartens@vehiclesafetyfirm.com
**ATTORNEYS FOR PLAINTIFF**

*/s/ Pryce G. Tucker*
Pryce G. Tucker, OBA #21432
HARTLINE DACUS BARGER DREYER LLP
8750 North Central Expressway, Suite 1600
Dallas, TX 75231
Telephone: (214) 369-2100
Facsimile: (214) 369-2118
ptucker@hdbdlaw.com
**ATTORNEYS FOR GENERAL MOTORS LLC**


*/s/ Linda G. Kaufmann*
J. Derrick Teague, OBA #15131
Linda G. Kaufmann, OBA #14759
Laura L. Eakens, OBA #20196
JENNINGS TEAGUE, P.C.
204 N. Robinson, Suite 1000
Oklahoma City, OK 73102
Telephone:  405-609-6000
Facsimile:    405-609-6501
dteague@jenningsteague.com
lkaufmann@jenningsteague.com
leakens@jenningsteague.com
-and-
Jeffrey M. Croasdell
RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
P.O. Box 1888
Albuquerque, NM  87103
Telephone: 505-765-5900
jcroasdell@rodey.com
**ATTORNEYS FOR DEFENDANT UTILITY TRAILER MANUFACTURING COMPANY**

APPROVED:

*John Crittenden* (signature)

John M. Crittenden, OBA #2027
Assistant Attorney General
313 N.E. 21st Street
Oklahoma City, OK 73105
(405) 522-3656 Phone
(405) 522-4536 Fax
John.Crittenden@oag.ok.gov
**ATTORNEY FOR THE OFFICE OF
THE CHIEF MEDICAL EXAMINER**

5:18-cv-00521-C