IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Lecinda Zimmerman, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | **Civil Action No. 5:18-cv-00521-C** |
| | § | |
| General Motors LLC and | § | |
| Utility Trailer Manufacturing | § | |
| Company | § | |
| | § | |
| *Defendants*. | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT UTILITY TRAILER MANUFACTURING COMPANY**

**To the Honorable United States Judge of Said Court:**

COME NOW, both Plaintiff and Defendant Utility Trailer Manufacturing Company, by and through undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of Utility Trailer Manufacturing Company with prejudice.

**I.**

1. Plaintiff and Defendant Utility Trailer Manufacturing Company respectfully ask that Plaintiff's claims, actions, and causes of action asserted against Defendant Utility Trailer Manufacturing Company be dismissed with prejudice.

2. This case is not a class action, and a receiver has not been appointed.

3. Each side is to bear its own costs and attorney's fees.

4. Accordingly, Plaintiff and Defendant Utility Trailer Manufacturing Company jointly stipulate the Court may dismiss with prejudice all claims that Plaintiff asserted or could have asserted against Defendant Utility Trailer Manufacturing Company in this lawsuit and that all costs of court incurred in connection with said causes of action are to be paid by the party incurring same.

Respectfully submitted,

/s E. Todd Tracy

| | |
|---|---|
| E. Todd Tracy | John Branum, OBA #20165 |
| (*Pro Hac Vice*) | john@branumlawfirm.com |
| Texas State Bar No. 20178650 | Jay M. Mitchel, OBA #20784 |
| EToddTracy@vehiclesafetyfirm.com | jay@branumlawfirm.com |
| Andrew G. Counts | **Branum Law Firm, PLLC.** |
| (*Pro Hac Vice*) | 9600 South May Avenue |
| Texas State Bar No. 24036408 | Oklahoma City, OK 73159 |
| ACounts@vehiclesafetyfirm.com | (800) 318-9950 – Phone |
| **The TRACY firm** | (800) 418-8210 – Fax |
| 4701 Bengal Street | |
| Dallas, Texas 75235 | |
| (214) 324-9000 – Phone | |
| (972) 387-2205 – Fax | |

**Attorneys for Plaintiff**

*And*

*/s/ Linda G. Kaufmann*

| | |
|---|---|
| J. Derrick Teague, OBA #15131 | Jeffrey M. Croasdell |
| Linda G. Kaufmann, OBA #14759 | RODEY, DICKASON, |
| Laura L. Eakens, OBA #20196 | SLOAN, AKIN & ROBB, P.A. |
| JENNINGS TEAGUE, P.C. | P.O. Box 1888 |
| 204 N. Robinson, Suite 1000 | Albuquerque, NM 87103 |
| Oklahoma City, OK 73102 | Telephone: 505-765-5900 |
| Telephone: 405-609-6000 | jcroasdell@rodey.com |
| Facsimile: 405-609-6501 | |
| dteague@jenningsteague.com | |
| lkaufmann@jenningsteague.com | |
| leakens@jenningsteague.com | |

**Attorneys for Defendant
Utility Trailer Manufacturing Company**

# CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October, 2019, I caused to be electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Oklahoma, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

    /s E. Todd Tracy
E. Todd Tracy
Andrew G. Counts
John Branum
Jay M. Mitchel