IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| Lecinda Zimmerman, | § | |
| --- | --- | --- |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | Civil Action No. 5:18-cv-00521-C |
| | § | |
| General Motors LLC and | § | |
| Utility Trailer Manufacturing | § | |
| Company | § | |
| | § | |
| *Defendants*. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE
## AS TO GENERAL MOTORS LLC

WHEREFORE, the Court, having considered Plaintiff's Unopposed Motion to Dismiss General Motors LLC with prejudice, finds that the Motion should be and hereby is GRANTED in all respects.

This matter is DISMISSED WITH PREJUDICE as to General Motors LLC. Each party will bear its own costs.

This Order disposes of all claims and all parties before the Court.

**DATED** this 19th day of February 2020.

*[signature]*

ROBIN J. CAUTHRON
United States District Judge